**The below described is SIGNED.**

(ts)

**Dated: November 18, 2009**

*William J. Thurman*

**WILLIAM T. THURMAN**
**U.S. Bankruptcy Chief Judge**

_____

STUART T. MATHESON, USB #2118
JON M. JEPPSON, USB #1695
ARMAND J. HOWELL, USB #10029
**MATHESON, MORTENSEN, OLSEN & JEPPSON**
Attorneys for Creditor
648 East First South
Salt Lake City, UT  84102
Telephone (801)363-2244
File No. 016071m

IN THE UNITED STATES BANKRUPTCY COURT FOR THE

DISTRICT OF UTAH, SOUTHERN DIVISION

| In re: | Chapter 7 |
|---|---|
| Albert Randle Heath, III | Bankruptcy Case No. 09-30070 |
| Debtor. | Judge:  William T. Thurman |

**ORDER TERMINATING THE AUTOMATIC STAY**

      Mortgage Electronic Registration Systems, Inc., its successors and assignees in interest, ("Creditor"), filed a Motion for Termination of the Automatic Stay.  There being no objection to the Motion, and good cause appearing therefore, it is hereby ordered, adjudged and decreed that the automatic stay in this case is hereby terminated to allow Creditor, its successors, and assigns, to exercise its rights and remedies under state

1

**Filed: 11/09/09**

law for the real property of the Debtor located at 1343 West Cambridge Avenue, Washington, in Washington County, UT, more particularly described as follows: LOT 204, NORTHBRIDGE ESTATES - PHASE 1, ACCORDING TO THE OFFICIAL PLAT THEREOF, AS RECORDED IN THE OFFICE OF THE WASHINGTON COUNTY RECORDER.

Any post-petition acts taken after the effective date of this Order by the Movant to enforce its remedies in accordance with applicable non-bankruptcy law against the Debtor(s) or property of the estate shall not constitute a violation of the Stay in this bankruptcy case.

Mortgage Electronic Registration Systems, Inc. and/or its successors and assigns may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. The Movant may contact the Debtor(s) via telephone or written correspondence to offer such an agreement.

DATED this _____ day of _____, 2009.

BY THE COURT:

_____
WILLIAM T. THURMAN, U.S. Bankruptcy Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the _____ day of _____, 2009, I caused a true and correct copy of the foregoing Order to be mailed, postage prepaid, to the following:

Albert Randle Heath, III
1496 North Georgetown Drive
Washington, UT 84780
Debtor

Stuart T. Matheson
648 East First South
Salt Lake City, UT  84102

David T. Berry
5296 South Commerce Drive
Suite 200
Salt Lake City, UT  84107
Debtor's Attorney

J. Kevin Bird tr
384 East 720 South
Suite 201
Orem, UT  84058
Chapter 7 Trustee

_____
United States Bankruptcy Clerk